TO WHOM IT MAY CONCERN,                                        5-31-25

   NOW COMES, RODNEY JACKSON; I AM AN INMATE HERE AT THE GRAYSON COUNTY JAIL WHERE I HAVE BEEN INCARCERATED FOR THE PAST 2 YEARS. I AM WRITING TO YOU SEEKING DECLARATORY RELIEF PURSUANT TO (U.S. CONST. AMENDS V & VI; FED. R. CRIM. P 48(B). I WOULD LIKE TO ADDRESS THE COURT ABOUT THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE UNITED STATES CONSTITUTION, AUTHORIZED BY 42 U.S.C. SEC. 1983.

[DECLARATION]

   I, DECLARE I AM BEING DEPRIVED OF MY LIBERTY AND HELD UNLAWFULLY BY THE GRAYSON COUNTY JUDICIAL SYSTEM. MY LAWYER(S), AS WELL AS THE COURTS HAVE DENIED ME MY CONSTITUTIONAL RIGHTS TO DUE PROCESS. BY DOING SO, MY ATTORNIES HAVE SHOWN IN-EFFECTIVE ASSISTANCE OF COUNSEL.

[FACTS]

   I AM CURRENTLY PENDING TRIAL FOR THE ALLEGED CHARGE OF POSS. CS PG1-B >=1G<4G W/INT. TO DEL. ON APRIL 24, 2023 I HIRED THEN SAID ATTORNEY, JEFF C. WILSON BY WAY OF A $5,000 RETAINER FEE. IN JULY OF 2023 I TASKED MR. WILSON WITH FILING FOR A SPEEDY TRIAL, AS WELL AS A BOND REDUCTION. ALL TO NO AVAIL. AT THIS TIME. THE ALLEGED OFFENSE OCCURRED ON JULY 18, 2022 ACCORDING TO MY INDICTMENT, BUT THE BODY-CAM FOOTAGE SHOWS JULY 19, 2022. A MERE SIGN OF UNLAWFUL TAMPERING BY OFFICER (T.C.C.P 37.09) THESE CONCERNS WERE NEGLECTED BY MR. WILSON. IN MARCH 2024, AFTER A YEAR OF BEING ILLEGALLY CONFINED, MR. WILSON GOT ME A JURY TRIAL

DATE FOR OCTOBER 28, 2024. WAY PAST THE TIME LIMIT FOR THE SPEEDY TRIAL I REQUESTED BACK IN 2023. ON JUNE 13, 2024 I WAS GRANTED A HEARING FOR BOND REDUCTION. AT THAT TIME I LEARNED THE THEN SAID DISTRICT ATTORNEY (BRETT SMITH) HAD FORGED MY CRIMINAL HISTORY (T.C.C.P 37.10) STATING THAT I HAVE BEEN CONVICTED OF MURDER. THIS IS PART OF MY DISCOVERY. THE JUDGE (LARRY A. PHILLIPS) TOLD ME AT THE HEARING HE WOULD REVIEW MY CRIMINAL HISTORY AND MAKE A DECISION. IT IS NOW, MARCH 30, 2025 AND I HAVE YET TO GET A RESPONSE. I BELIEVE THE DEFAMATION OF CHARACTER THROUGH THE ALTERED CRIMINAL HISTORY WAS DETRIMENTAL TO THE OUTCOME OF MY SITUATION. IN SEPTEMBER OF 2024, A MONTH BEFORE MY TRIAL DATE, MR. WILSON REMOVED HIMSELF FROM MY CASE. AROUND THE SAME TIME, I WAS APPOINTED NEW COUNSEL (MR. CARL WHITE) AS WELL AS A NEW COURT DATE. DECEMBER 5, 2024. MR. WHITE WAS LATE TO MY HEARING AND I WAS RESET TO DECEMBER 19, 2024. ON THIS DATE I WAS RESET FOR JURY TRIAL TO PROCEED ON MARCH 10, 2025. SINCE MY LAST COURT DATE ON THE 19TH, I HADN'T SEEN NOR HEARD FROM MR. CARL WHITE UNTIL HE SHOWS UP ON MARCH 6, 2025 TO BRING ME A RESET PAPER FOR JUNE 2, 2025. EVER SINCE HE WAS APPOINTED TO ME BACK IN SEPTEMBER, MY FAMILY AS WELL AS MYSELF HAS REACHED OUT TO MR. WHITE ON MULTIPLE OCCASIONS BUT TO NO AVAIL. THE PHONE NUMBER HE PROVIDED THE COURTS IS INSUFFICIENT. THE VOICEMAIL BOX IS FULL SO YOU CAN'T LEAVE A MESSAGE. DURING THIS PROCESS I HAVE LOST A CREDIBLE WITNESS FOR MY BEHALF TO AN UN-TIMELY DEATH.

[UPON INFORMATION AND BELIEF]

MR. CARL WHITE IS INCOMPETENT AND I BELIEVE HIM TO BE IMPAIRED. HE CAN NEVER FINISH A COMPLETE SENTENCE WHEN HAVING A CONVERSATION AND HIS WORDS ARE ALWAYS SLURRED. HE HAS MULTIPLE INFRACTIONS AGAINST HIS BAR NO. AND HAS LOST HIS BONDING PRIVILEGES. ACCORDING TO PREAMBLE, IN ALL PROFFESSIONAL FUNCTIONS A LAWYER SHOULD ZEALOUSY PURSUE CLIENTS INTERESTS WITHIN THE BOUNDS OF THE LAW. THEY SHOULD ALSO BE COMPETENT, PROMPT AND DELIGENT.

[RELIEF]

I PRAY THE COURTS GRANT ME RELIEF BY INVESTIGATING THE WRONG DOINGS OF THE GRAYSON COUNTY JUDICIAL SYSTEM, DISMISSING THE POSS. CS PG 1-B>=1G<4G W/INT TO DEL. CHARGE AND RELEASING ME FROM SUCH UNLAWFUL CONFINEMENT.

THANK YOU IN ADVANCE FOR YOUR TIME & CONSIDERATION WHEN INVESTIGATING THIS MATTER.

SINCERELY YOURS,

3·31·2025

Phyllis Rodriguez
Notary ID # 12882983-8
My Commission Expires
February 29, 2028
NOTARY PUBLIC
STATE OF TEXAS

RODNEY JACKSON
200 S. CROCKETT ST.
SHERMAN, TX 75090



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 75090  $ 000.69⁰
02 7W
0008029105 APR 01. 2025.

**RECEIVED**

APR 07 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
7940 PRESTON ROAD
PLANO, TX 75024